■ MELISSA A. STEUER, Respondent, v TOWN OF AMHERST, Appellant, et al., Defendant. (Appeal No. 2.) [751 NYS2d 890] —Appeal from an order of Supreme Court, Erie County (Sconiers, J.), entered September 13, 2001, which denied the motion of defendant Town of Amherst to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.